Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
7/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RAM DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:22-MJ-00449

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>CR-16-32-1-TUC-RM (BGM) |
| JORGE ANTONIO CORTEZ-MEZA<br>USMS# 13741-408<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 7/20/2022 at 12:00 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   Title 18, U.S.C., Section 3583(e)(3)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: Spanish

7. Year of Birth: 1991

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): Subject will appear by VTC at the jail.

11. Name: Steven Lipscomb    (please print)

12. Office Phone Number: (951) 276-6160

13. Agency: US Marshal Service

14. Signature: [signature] #31003

15. Date: 7/21/2022

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION