# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA
### Petition to Revoke Supervised Release



T-SEALED

| | |
|---|---|
| Name of Offender: | Jorge Antonio Cortez-Meza     Case No.: CR-16-00032-001-TUC-RM (BGM) |
| Name of Judicial Officer: | The Honorable Rosemary Márquez<br>U.S. District Judge |
| Date of Original Sentence: | 10/3/2016 |
| Original Offense: | Possession with Intent to Distribute Less Than 50 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(D), a Class D Felony |
| Original Sentence: | 24 months Bureau of Prisons, 24 months supervised release |
| Date Supervision Commenced: | 2/9/2018 |
| Date Supervision Expires: | 2/8/2020 (Time tolled while in State custody) |

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation 1 Violation of Mandatory Condition 1: You must not commit another federal, state or local crime.**

On or prior to February 5, 2019, Jorge Antonio Cortez-Meza violated §§ NRS 453.401 and NRS 453.321. The crime is punishable by a term of imprisonment exceeding one year and therefore constitutes a Grade B violation. U.S.S.G. §7B1.1(a)(2)

Evidence supporting the alleged violation consists of a Judgement of Conviction filed on February 5, 2019, in Clark County District Court, Nevada. The document reflects he was convicted of Count 1: Conspiracy to Violate Uniform Controlled Substances Act, in violation of NRS 453.401; and Count 2: Transport of a Controlled Substance, in violation of NRS 453.321, and was sentenced to 12 to 60 months as to each count.

**Allegation 2 Violation of Special Condition 1: If deported, you must not re-enter the United States without legal authorization.**

On or prior to February 5, 2019, Jorge Antonio Cortez-Meza, a citizen of Mexico, was found unlawfully in the United States in the Clark County District Court, Nevada.

Evidence supporting the alleged violation consists of ICE records confirming the defendant's deportation on February 8, 2018, through Del Rio, Texas,, and records verifying he entered, attempted to enter, or was found in the United States without authorization on or prior to February 5, 2019, when he was arrested by law enforcement officials in the Clark County District Court, Nevada.

copy: PO; AUSA; USM

Page 2
USA v Jorge Antonio Cortez-Meza
Docket No. CR-16-00032-001-TUC-RM (BGM)
April 14, 2021

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision; I am petitioning the Court to issue a warrant for Jorge Antonio Cortez-Meza.

Submitted by:

_____  April 14, 2021
Sara Galaz                      Date
U.S. Probation Officer Assistant
Office: 520-205-4421
Cell: 520-279-5828

Reviewed by:

_____  April 14, 2021
Debra A. Winchester             Date
Supervisory U.S. Probation Officer
Office: 520-205-4498
Cell: 520-861-2930

## ORDER OF COURT

The Court also finds probable cause to believe the offender has violated the conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant for Jorge Antonio Cortez-Meza. Considered and ordered this 16 day of April, 2021 and ordered filed and made a part of the records in the above case.

_____
The Honorable Rosemary Márquez
U.S. District Judge

Defense Counsel:

Natalie Hubbs Haywood
P.O. Box 86507
Tucson, Arizona, 85754
(520) 792-0722